■ In the Matter of TERRENCE JAMES, Petitioner, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Programs, Respondent. [26 NYS3d 486]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding chal-

---

lenging a determination finding him guilty of violating a prison disciplinary rule following a tier III disciplinary hearing. The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to his inmate account. Given that petitioner has received all of the relief to which he is entitled, the petition is dismissed as moot (*see Matter of Gunn v Annucci*, 133 AD3d 989, 990 [2015]).

Peters, P.J., Egan Jr., Lynch and Devine, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.